IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 11 2004
Norman H. Meyer, Jr.
Acting Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 04-888 LH |
| vs. | 18 U.S.C. § 1153: Crime in Indian Country; and 18 U.S.C. § 1112: Involuntary Manslaughter |
| DAVID PETTIGREW, | |
| Defendant. | 18 U.S.C. § 113(a)(6) Assault Resulting in Serious Bodily Injury. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 18th day of April, 2004, within the exterior boundaries of the Navajo Indian Reservation, in Indian Country, in the State and District of New Mexico, the defendant, **DAVID PETTIGREW**, an Indian, did unlawfully kill Carrie Beasley while in the commission of an unlawful act not amounting to a felony, that is while operating a motor vehicle under the influence of alcohol, contrary to Section 66-8-102 of the New Mexico Statutes Annotated, and the defendant operated the motor vehicle without due caution and circumspection, in a grossly negligent manner, and with knowledge of circumstances that made it reasonably foreseeable that he might imperil the lives of others.

In violation of 18 U.S.C. § 1153 and 18 U.S.C. § 1112.



## COUNT 2

On or about the 18th day of April, 2004, within the exterior boundaries of the Navajo Indian Reservation, in Indian Country, in the State and District of New Mexico, the defendant, **DAVID PETTIGREW**, an Indian, did assault Jane Doe, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. § 1153 and 18 U.S.C. § 113(a)(6).

## COUNT 3

On or about the 18th day of April, 2004, within the exterior boundaries of the Navajo Indian Reservation, in Indian Country, in the State and District of New Mexico, the defendant, **DAVID PETTIGREW**, an Indian, did assault Jason R. Beasley, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. § 1153 and 18 U.S.C. § 113(a)(6).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney
05/11/04 3:55pm

S:\indict\2004\May\Pettigrew, David ind.wpd