# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal  No.  04-888 LH |
| vs. | ) | |
| | ) | |
| **DAVID PETTIGREW**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COUNTS 3 AND 5

COMES NOW the United States of America and moves this Court to dismiss

Counts 3 and 5 of Superseding Indictment No. 04-888 charging **DAVID PETTIGREW** with

Assault with A Dangerous Weapon.  As grounds for this Motion, plaintiff states that the

specific intent requirement of Assault with A Dangerous Weapon may not be supported due

to the Defendant's blood alcohol content of 0.24.   Dismissal of Counts 3 and 5 as to

defendant **DAVID PETTIGREW** is appropriate.

Respectfully submitted,

**DAVID C. IGLESIAS**
United States Attorney

Electronically filed 9/27/2004
SAMUEL L. WINDER
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

I HEREBY CERTIFY that a true
copy of the foregoing pleading
was faxed to opposing
counsel of record this 27th
day of September, 2004.


        /s/
Samuel L. Winder
Assistant United States Attorney